# Judiciary Branch Personnel
# Financial Disclosure Report (AO Form 10)

## Filer's Information

**Steele, William H**

Report Year: 2019

Electronic Signature - I certify that all information provided (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief.

I further certify that earned income and honoraria and acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**/s/ Steele, William H [electronically signed on 05/15/2020 by Steele, William H in JEFS]**

# I. Positions

None

# II. Agreements

None

# III A. Filer's Non-Investment Income

| # | SOURCE | INCOME TYPE | INCOME AMOUNT |
|---|--------|-------------|---------------|
| 1 | Self-employed (musician) | Fees | $980 |
| 2 | First Church of Christ Scientist (reader) | Fees | $1,070 |

# III B. Spouse's Non-Investment Income

| # | SOURCE | DESCRIPTION |
|---|--------|-------------|
| 1 | Retirement Systems of Alabama | pension |
| 2 | Nationwide Retirement Solutions | deferred pay & retirement |

# IV. Reimbursements

None

# V. Gifts

None

---

## VI. Liabilities

| # | CREDITOR | TYPE | VALUE |
|---|----------|------|-------|
| 1 | Wells Fargo Advisors | Line of Credit | $1 - $15,000 |

## VII. Investments and Trusts

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|-------------|---|---------------|-------------|--------------------------|--------------|-------------|-------------|--------------|
| 1 | Regions Bank Account (cash) | | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 2 | American Express High Yield Savings (cash) | | $1,001 - $2,500 | Interest | $100,001 - $250,000 | Cash Market | | | |
| 3 | Nationwide Retirement Solutions (457b) | See Note | $15,001 - $50,000 | Distribution | $100,001 - $250,000 | Cash Market | | | |
| 4 | Brokerage #1 | | | | | | | | |
| 4.1 | Abbott Laboratories (ABT) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.2 | Accenture PLC (ACN) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.3 | AFLAC Inc (AFL) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.4 | Air Products & Chemicals Inc (APD) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.5 | Amgen Inc (AMGN) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.6 | Analog Devices, Inc. (ADI) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.7 | AT&T (T) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 4.8 | Automatic Data Processing (ADP) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.9 | Becton Dickinson & Co (BDX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.10 | BlackRock Inc (BLK) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.11 | Chevron Corp (CVX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.12 | Chubb LTD (CB) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.13 | Cisco Systems Inc (CSCO) | $1,000 or less | None | $15,000 or less | Cash Market | | | |
| 4.14 | Clorox Co (CLX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.15 | Colgate-Palmolive Co (CL) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.16 | Eaton Vance Corp (EV) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.17 | Emerson Electric Co (EMR) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.18 | Eversource Energy (ES) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.19 | Exxon Mobil (XOM) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.20 | Factset Research Systems (FDS) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.21 | General Mills Inc (GIS) | $1,000 or less | Dividend | None | Cash Market | | | |
| 4.21.1 | General Mills Inc (GIS) | | | | | Sold | 01/25/2019 | $15,000 or less |
| 4.22 | General Dynamics (GD) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 4.23 | L3Harris Corp (HRS) | See Note | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.24 | Illinois Tool Works Inc (ITW) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.25 | International Business Machines Corp (IBM) | | None | None | None | Cash Market | | | |
| 4.25.1 | International Business Machines Corp (IBM) | | | | | | Sold | 01/25/2019 | $15,000 or less |
| 4.26 | Johnson & Johnson (JNJ) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.27 | JP Morgan Chase & Co (JPM) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.28 | Linde PLC (LIN) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.29 | Lowe's Companies (LOW) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.30 | McDonald's Corp (MCD) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.31 | Medtronic Inc (MDT) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.32 | Microsoft Corp (MSFT) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.33 | NextEra Energy Inc (NEE) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.34 | Nike Inc (NKE) | | $1,000 or less | None | $15,000 or less | Cash Market | | | |
| 4.35 | Norfolk Southern (NSC) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.36 | Novartis AG (NVS) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.37 | Paychex Inc (PAYX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 4.38 | PepsiCo Inc (PEP) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.39 | Phillips 66 (PSX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.40 | Polaris Industries (PII) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.41 | Procter & Gamble (PG) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.42 | QUALCOMM Inc (QCOM) | | $1,000 or less | Dividend | None | Cash Market | | | |
| 4.42.1 | QUALCOMM Inc (QCOM) | | | | | | Sold | 01/25/2019 | $15,000 or less |
| 4.43 | Sysco Corp (SYY) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.44 | Target Corp (TGT) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.45 | United Technologies Corp (UTX) | | $1,000 or less | None | $15,000 or less | Cash Market | | | |
| 4.46 | US Bancorp (USB) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.47 | VF Corp (VFC) | | $1,000 or less | None | $15,000 or less | Cash Market | | | |
| 4.48 | Walmart Inc (WMT) | | $1,000 or less | None | $15,000 or less | Cash Market | | | |
| 4.49 | WEC Energy Group (WEC) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.50 | 3M Co (MMM) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 4.51 | Wells Fargo Standard Bank Deposit (cash) | See Note | $1,000 or less | Interest | $15,000 or less | Cash Market | | | |
| 4.52 | Apple Inc. | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 4.52.1 | Apple Inc. | | | | | | Purchased | 01/25/2019 | $15,000 or less |
| 5 | IRA #1 | | | | | | | | |
| 5.1 | Putnam International Growth Class A (PINOX) | | None | None | $15,000 or less | Cash Market | | | |
| 5.2 | AIG SunAmerica Focused Alpha Large Cap (SFLAX) | | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| 6 | IRA #2 | | | | | | | | |
| 6.1 | AB Cap Fd Inc Global REI (AREAX) | See Note | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 6.2 | Alliance Bernstein Large-Cap Growth Class A (APGAX) | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 6.3 | Alliance Bernstein Sustainable Global Thematic Fund (ALTFX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 6.4 | John Hancock Regional Bank (FRBAX) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 6.5 | PGIM Jennison Blend Fund Class A (PBQAX) | See Note | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 7 | Brokerage #2 | | | | | | | | |
| 7.1 | Alliance Large Capital Growth (APGAX) | | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 7.2 | Fidelity New Markets Income Fd CL A (FGVMX) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 7.3 | Fundamental Investors Inc. (American Funds) (ANCFX) | | $2,501 - $5,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 7.4 | Growth Fund of America (American Funds) (AGTHX) | | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 7.5 | Franklin Mutual Shares (TESIX) | | $2,501 - $5,000 | Dividend | $15,001 - $50,000 | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 7.6 | New Economy Fund (American Funds) (ANEFX) | $2,501 - $5,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 7.7 | Putnam Invt Fds Multi-Cap Value Fund (PMVAX) | $1,001 - $2,500 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 7.8 | Washington Mutual (American Funds) (AWSHX) | $5,001 - $15,000 | Dividend | $50,001 - $100,000 | Cash Market | | | |
| 8 | Nationwide Destination B Variable Annuity | | | | | | | |
| 8.1 | FIDVIP Free 2020 SVC 2 (FFRTT) | None | None | $100,001 - $250,000 | Cash Market | | | |
| 8.2 | NW AMFDS NVIT ASSTALLOC II | None | None | $100,001 - $250,000 | Cash Market | | | |
| 8.3 | NW NVIT INV DEST CAPAPP II | None | None | $100,001 - $250,000 | Cash Market | | | |
| 9 | IRA #3 | | | | | | | |
| 9.1 | Standard Bank Deposit (cash) | None | None | None | Cash Market | | | |
| 9.2 | Deutsche Secs Tr Enhanced Comm Strat I (SKIRX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 9.2.1 | Deutsche Secs Tr Enhanced Comm Strat I (SKIRX) | | | | | Sold | 08/08/2019 | $15,000 or less |
| 9.3 | Deutsche Secs Tr Global Real Estate Secs Fd I (RRGIX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 9.3.1 | Deutsche Secs Tr Global Real Estate Secs Fd I (RRGIX) | | | | | Sold | 08/08/2019 | $15,000 or less |
| 9.4 | Euro Pacific Growth (American Funds) (AEPGX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.5 | AMG Timessquare Mid Cap Grwth Fd I (TQMIX) | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| 9.6 | American Funds The Bond Fund of America F2 (ABNFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|
| 9.7 | Goldman Sachs Tr Finl Square Treas Instrs Fd (FTIXX) | None | None | None | Cash Market | | | |
| 9.7.1 | Goldman Sachs Tr Finl Square Treas Instrs Fd (FTIXX) | | | | | Purchased | 05/22/2019 | $15,000 or less |
| 9.8 | Growth Fund of America (American Funds) (AGTHX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 9.9 | American Funds Growth Fd of Amer F2 (GFFFX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 9.10 | Harbor Fd Cap Apprec Fd (HACAX) | None | None | None | Cash Market | | | |
| 9.10.1 | Harbor Fd Cap Apprec Fd (HACAX) | | | | | Sold | 05/21/2019 | $15,000 or less |
| 9.11 | Hotchkis & Wiley Fds Mid Cap Val Fd I (HWMIX) | None | None | None | Cash Market | | | |
| 9.11.1 | Hotchkis & Wiley Fds Mid Cap Val Fd I (HWMIX) | | | | | Sold | 02/26/2019 | $15,000 or less |
| 9.12 | American Funds Invest Co of Amer F2 (ICAFX) | $1,001 - $2,500 | Dividend | None | Cash Market | | | |
| 9.12.1 | American Funds Invest Co of Amer F2 (ICAFX) | | | | | Sold | 05/21/2019 | $15,001 - $50,000 |
| 9.13 | American Funds New World Fd F2 (NFFFX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.14 | American Funds Wash Mut Fd F2 (WMFFX) | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 9.14.1 | American Funds Wash Mut Fd F2 (WMFFX) | | | | | Purchased | 08/08/2019 | $15,000 or less |
| 9.15 | JPMorgan Tr II High Yield Fd I (OHYFX) | $1,000 or less | Dividend | None | Cash Market | | | |
| 9.15.1 | JPMorgan Tr II High Yield Fd I (OHYFX) | | | | | Sold | 10/07/2019 | $15,000 or less |
| 9.16 | Principal Fds Inc Midcap Fd I (PCBIX) | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 9.16.1 | Principal Fds Inc Midcap Fd I (PCBIX) | | | | | | Sold | 05/21/2019 | $15,000 or less |
| 9.17 | American Funds Europac Grwth Fd F2 (AEPFX) | | $1,000 or less | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 9.17.1 | American Funds Europac Grwth Fd F2 (AEPFX) | | | | | | Purchased | 05/21/2019 | $15,000 or less |
| 9.18 | Invesco Oppenheimer Dev Mkts Cl Y (ODVYX) | See Note | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.19 | Pimco Fds Pac Invt Mgmt Ser Emerg Mkts I (PEBIX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.20 | Principal Inv Fd Real Estate Secs Fd I (PIREX) | | $1,000 or less | Dividend | None | Cash Market | | | |
| 9.20.1 | Principal Inv Fd Real Estate Secs Fd I (PIREX) | | | | | | Sold | 08/08/2019 | $15,000 or less |
| 9.21 | Putnam Intl. Growth Fund Class A (PINOX) | | None | None | $15,001 - $50,000 | Cash Market | | | |
| 9.22 | Putnam Growth Opportunities Fund Class A (POGAX) | | $5,001 - $15,000 | Dividend | $100,001 - $250,000 | Cash Market | | | |
| 9.22.1 | Putnam Growth Opportunities Fund Class A (POGAX) | | | | | | Sold | 04/23/2019 | $15,001 - $50,000 |
| 9.23 | SmallCap World Fd Inc Cl F2 (SMCFX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.24 | Virtus Funds Virtus Vontobel Emg Mkts Opps I (HIEMX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.24.1 | Virtus Funds Virtus Vontobel Emg Mkts Opps I (HIEMX) | | | | | | Purchased | 08/08/2019 | $15,000 or less |
| 9.25 | Victory Sycamore Small Co Opp Fd I (VSOIX) | | $1,001 - $2,500 | Dividend | $15,001 - $50,000 | Cash Market | | | |
| 9.25.1 | Victory Sycamore Small Co Opp Fd I (VSOIX) | | | | | | Purchased | 05/21/2019 | $15,000 or less |

| # | DESCRIPTION | | INCOME AMOUNT | INCOME TYPE | GROSS VALUE AS OF 12/31 | VALUE METHOD | TRANS. TYPE | TRANS. DATE | TRANS. VALUE |
|---|---|---|---|---|---|---|---|---|---|
| 9.25.2 | Victory Sycamore Small Co Opp Fd I (VSOIX) | | | | | | Purchased | 08/09/2019 | $15,000 or less |
| 9.26 | Victory Port Rs Sm Cap Growth Fd Y (RSYEX) | | $1,001 - $2,500 | Dividend | $15,000 or less | Cash Market | | | |
| 9.26.1 | Victory Port Rs Sm Cap Growth Fd Y (RSYEX) | | | | | | Sold | 05/21/2019 | $15,000 or less |
| 9.26.2 | Victory Port Rs Sm Cap Growth Fd Y (RSYEX) | | | | | | Purchased | 08/09/2019 | $15,000 or less |
| 9.27 | Delaware Group Equity FDS II-Value Fd (DDVIX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.27.1 | Delaware Group Equity FDS II-Value Fd (DDVIX) | | | | | | Purchased | 05/21/2019 | $15,000 or less |
| 9.28 | Jensen Portfolio Inc Cl I Shs (JENIX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.28.1 | Jensen Portfolio Inc Cl I Shs (JENIX) | | | | | | Purchased | 05/21/2019 | $15,000 or less |
| 9.29 | John Hancock Funds III Disc Val Mid Cap Fd (JVMIX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.29.1 | John Hancock Funds III Disc Val Mid Cap Fd (JVMIX) | | | | | | Purchased | 02/26/2019 | $15,000 or less |
| 9.29.2 | John Hancock Funds III Disc Val Mid Cap Fd (JVMIX) | | | | | | Purchased | 05/21/2019 | $15,000 or less |
| 9.29.3 | John Hancock Funds III Disc Val Mid Cap Fd (JVMIX) | | | | | | Purchased | 08/08/2019 | $15,000 or less |
| 9.30 | PGIM High Yld Cl Z (PHYZX) | | $1,000 or less | Dividend | $15,000 or less | Cash Market | | | |
| 9.30.1 | PGIM High Yld Cl Z (PHYZX) | | | | | | Purchased | 10/07/2019 | $15,000 or less |
| 10 | Other Holdings | | | | | | | | |
| 10.1 | Rental property, Orange Beach, AL | See Note | $15,001 - $50,000 | Rent | $250,001 - $500,000 | Estimated | | | |

# Additional Information or Explanation

| PART | # | NOTE |
|------|------|------|
| VII. | 3 | Level of risk only - no control over selection or transactions. |
| VII. | 4.23 | Formerly Harris Corp |
| VII. | 4.51 | This asset became reportable in 2019 without a corresponding reportable transaction. |
| VII. | 6.1 | Formerly All Bern Real Est Inv Cl A |
| VII. | 6.5 | Formerly Prudential |
| VII. | 9.18 | Formerly Oppenheimer |
| VII. | 10.1 | $250,000 - $500,000 |